## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

| | |
|---|---|
| GRACE WILSON A/K/A GRACIE WILSON, ) | |
| ) | Case No. 3:15-cv-01151-AWT |
| Plaintiff, ) | |
| ) | |
| v. ) | Hon. Alvin W. Thompson |
| ) | |
| ENHANCED RECOVERY COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Grace Wilson a/k/a Gracie Wilson, by and through her undersigned counsel, hereby dismisses the above-captioned proceeding against Defendant, Enhanced Recovery Company, LLC, with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. An answer has not been filed.

Dated: August 28, 2015                         By: /s/ Gregory F. Arcaro
                                                                                            Attorney for Plaintiff

Gregory F. Arcaro
Federal Bar No. 19781
Upright Law LLC
10 Melrose Drive
Farmington, CT 06032
Phone: (860) 986-6660
garcaro@grafsteinlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that, on August 28, 2015, a copy of the foregoing Notice of Dismissal with Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                    /s/ Gregory F. Arcaro
                                                    Attorney for Plaintiff